AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | Civil Action No. |
| *Defendant(s)* |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: April 1, 2026 _____

_____

(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Markley Investigations, Inc. • www.markleyinvestigations.com**
3738 South Duggan Road, Beloit, WI 53511
shawn@markleyinvestigations.com • (608) 361–1520

## AFFIDAVIT

United States District Court
State of Northern District of Illinois

The Construction Industry Retirement Fund of Rockford, IL et al.
vs
Wozniak Concrete Finishing Company
Case no: 26CV50129

On Tuesday April 7, 2026 at 12:33 PM I served the within described Summons in a Civil Action, Complaint, Exhibits in the manner described below:

I served the within Summons in a Civil Action, Complaint, Exhibits upon the within named Wozniak Concrete Finishing Co c/o Douglas W. Wozniak, RA by giving a true copy to Renee Wozniak, Owner, who is authorized to accept service. Said service was effected at 1602 Peru-Princeton Rd., Spring Valley, IL 61362. I Steve Hupke am authorized to serve process in Illinois.

```
Official Seal
Michelle L Allen
Notary Public State of Illinois
Comm # 976261
My Commission Expires 8/7/2027
```

*Michelle L. Allen*

Subscribed and Sworn to before me

this 14 day of April, 2026

8-7-2027

My commission Expires:

*Steve Hupke*

Steve Hupke, Process Server
WI Agency License# 15990–062
IL Agency License# 117–001345

Job # 96508                    Client #                    Page 1 of 1