**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

THE CONSTRUCTION INDUSTRY     )
RETIREMENT FUND OF ROCKFORD,     )
ILLINOIS, and THE CONSTRUCTION     )
INDUSTRY WELFARE FUND OF ROCKFORD, )
ILLINOIS,     )
    ) District Judge: Iain D. Johnston
    ) Magistrate Judge: Margaret Schneider
    Plaintiffs,     )
    ) Case No.: 26 CV 50129
    vs.     )
    )
WOZNIAK CONCRETE FINISHING     )
COMPANY,     )
    )
    Defendant.     )

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, The Construction Industry Retirement Fund of Rockford, and The Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, move this Court for entry of an order of voluntary dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and the Court to strike any existing deadlines.

THE CONSTRUCTION INDUSTRY
RETIREMENT FUND OF ROCKFORD,
ILLINOIS and THE CONSTRUCTION
INDUSTRY WELFARE FUND OF ROCKFORD,
ILLINOIS, Plaintiffs,

By:    WILLIAMSMCCARTHY LLP

By:   /s/   *Troy E. Haggestad*
    Troy E. Haggestad
    WILLIAMSMcCARTHY, LLP
    120 West State Street, Suite 400
    P.O. Box 219
    Rockford, IL 61105-0219
    815/987-8900
    thaggestad@wilmac.com